

# Ramsey County Sheriff's Office
Bob Fletcher, Sheriff

**Office of the Sheriff**
425 Grove Street • Saint Paul, Minnesota 55101
Phone: 651-266-9308 • Fax: 651-266-9301
www.RamseyCountySheriff.us

**Ramsey County Sheriff's Office**
**February 24th 2026**

Sam Olson
Department of Homeland Security- Immigration and Customs Enforcement
1 Federal Drive
Suite 1601
Fort Snelling, MN 55111
United States

Request for Information Sharing

Dear Mr. Olson

I am writing on behalf of the Ramsey County Sheriff's Office regarding an active investigation identified as case number: **26500111.** This investigation concerns a report received by the Sheriff's Office alleging misconduct by federal law enforcement. Specifically, the allegation concerns the removal of U.S. Citizen Chongly Scott Thao (date of birth, 05/11/69) from his residence on January 18, 2026. Based on our preliminary investigation, the incident may have constituted kidnapping, false imprisonment, and potentially other crimes under Minnesota state law.

We respectfully request the disclosure and/or sharing of any relevant information, records, intelligence, or investigative materials in the possession of the Department of Homeland Security that may assist our agency in advancing this investigation. Specifically, at this time, we are seeking:

- Any documents, audio and/or video recordings, and statements for any operation directly or indirectly associated with 724 Case Avenue, Saint Paul, MN 55106, between 01/01/2026 and 01/31/2026.
- Names of all Federal Agents, from ICE or other agencies, involved in the removal from his home and detainment of U.S. Citizen Chongly Scott Thao (date of birth, 05/11/69).

The requested information will be used solely for legitimate law enforcement purposes and will be handled in accordance with all applicable confidentiality, privacy, and data protection requirements.

If necessary, we are prepared to execute a formal information-sharing agreement, protective order, or other documentation required by your agency. We are also willing to coordinate through designated points of contact or participate in a joint case conference to ensure appropriate safeguards and compliance.

We appreciate your cooperation and continued partnership in support of public safety and effective interagency collaboration. Thank you for your prompt consideration of this request.

Please direct any questions or correspondence regarding this request to me:

An Elected Office of
 RAMSEY COUNTY



PLAINTIFF'S
EXHIBIT

**1**

**Ramsey County Sheriff's Office**
Bob Fletcher, Sheriff

Page 2

Respectfully,

Joshua Adams
Commander
Badge #1851
Ramsey County Sheriff's Office
651-775-6471
Joshua.adams@co.ramsey.mn.us

An Elected Office of

RAMSEY COUNTY

PLAINTIFF'S
EXHIBIT

**1**