| | |
|---|---|
| **From:** | Nguyen, Hao Q |
| **To:** | Stubbs, Ryan |
| **Cc:** | Choi, John; Kelly, John; Haase, Mark A; Adams, Joshua |
| **Subject:** | RE: Touhy Demand to ICE from Ramsey County RE: Thao |
| **Date:** | Thursday, May 21, 2026 10:19:36 AM |
| **Attachments:** | image001.png |

Mr. Stubbs,

Thank you for the update. We believe you have had ample time to provide much if not all of the information requested, but will extend our request until May 29, 2026, at the end of business.

Thank you,

Hao

**Hao Nguyen** *(he/him/his)*

Division Director | Trial Division

651-266-3152

360 Wabasha Street N., Suite 100, Saint Paul, MN 55102



**OFFICE OF THE RAMSEY COUNTY ATTORNEY**
JOHN J. CHOI, COUNTY ATTORNEY

Mission Statement  |  Website  |  Confidentiality Notice

---

**From:** Stubbs, Ryan <Ryan.Stubbs@ice.dhs.gov>
**Sent:** Friday, May 15, 2026 9:06 AM
**To:** Nguyen, Hao Q <hao.nguyen@co.ramsey.mn.us>
**Cc:** Choi, John <john.choi@ramseycountymn.gov>; Kelly, John <john.kelly@ramseycountymn.gov>; Haase, Mark A <mark.haase@ramseycountymn.gov>; Adams, Joshua <joshua.adams@ramseycountymn.gov>
**Subject:** RE: Touhy Demand to ICE from Ramsey County RE: Thao

> **This Message Is From an External Sender**
>
> This message originated from outside the Ramsey County email system. Use caution when clicking hyperlinks, downloading pictures or opening attachments.
>
> Report Suspicious

Mr. Nguyen,

ICE is still in the process of evaluating your request.

PLAINTIFF'S EXHIBIT

**3**

We will provide our response as soon as possible.

Thank you for your understanding.

V/r,

Ryan Stubbs
Senior Counsel
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Washington, D.C.
(202) 688-9385

---

**From:** Nguyen, Hao Q <hao.nguyen@co.ramsey.mn.us>
**Sent:** Thursday, April 30, 2026 12:15 PM
**To:** Stubbs, Ryan <Ryan.Stubbs@ice.dhs.gov>
**Cc:** Choi, John <john.choi@ramseycountymn.gov>; Kelly, John <john.kelly@ramseycountymn.gov>;
Haase, Mark A <mark.haase@ramseycountymn.gov>; Adams, Joshua
<joshua.adams@ramseycountymn.gov>
**Subject:** RE: Touhy Demand to ICE from Ramsey County RE: Thao

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize
> and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click
> here and follow instructions.

Mr. Stubbs,

Thank you for your email and update regarding my request dated March 20, 2026, Touhy Demand
for Information Concerning The Criminal Investigation of January 18, 2026, Incident involving
ChongLy Scott Thao (attached again in this email for your convenience and reference). From your
email I understand that ICE is still in the process of evaluating my request which required a response
by April 30, 2026. I see that you are seeking a two-week extension until May 15, 2026, which you cite
would give you enough time to complete a formal response.

I have no objection to your request for extension and look forward to receiving a response on May
15, 2026.
I am copying my investigative team so that they are in the loop with our agreement of extension.

Thank you,



PLAINTIFF'S
EXHIBIT

3

Hao

**Hao Nguyen** *(he/him/his)*

Division Director | Trial Division

651-266-3152

360 Wabasha Street N., Suite 100, Saint Paul, MN 55102


**OFFICE OF THE RAMSEY COUNTY ATTORNEY**
JOHN J. CHOI, COUNTY ATTORNEY

Mission Statement  |  Website  |  Confidentiality Notice

---

**From:** Stubbs, Ryan <Ryan.Stubbs@ice.dhs.gov>
**Sent:** Tuesday, April 28, 2026 8:25 AM
**To:** Nguyen, Hao Q <hao.nguyen@co.ramsey.mn.us>
**Subject:** Touhy Demand to ICE from Ramsey County RE: Thao

> **This Message Is From an External Sender**
> This message originated from outside the Ramsey County email system. Use caution when clicking hyperlinks, downloading pictures or opening attachments.
>
> Report Suspicious

Good morning Mr. Nguyen,

My name is Ryan Stubbs, and I am a Senior Counsel for U.S. Immigration and Customs Enforcement.

ICE is still in the process of evaluating your request.

I am seeking a two-week extension until May 15, 2026, which should give us enough time to complete our response.

Please let me know if that is acceptable.  Thank you for your consideration.

V/r,

Ryan Stubbs
Senior Counsel
Government Information Law Division
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement


PLAINTIFF'S
EXHIBIT

**3**

U.S. Department of Homeland Security

Washington, D.C.

(202) 688-9385

PLAINTIFF'S
EXHIBIT

3