**Addendum to Civil Cover Sheet – 0:26-cv-3301**

Part I(a)

PLAINTIFFS

Office of the Ramsey County Attorney
Choi, John
Ramsey County Attorney

Ramsey County Sheriff's Office
Fletcher, Bob
Ramsey County Attorney

DEFENDANTS

United States Department of Homeland Security

United States Department of Homeland Security
Mullin, Markwayne
Secretary of the United States Department of Homeland Security

Part I(c) Attorneys

Mark Haase (#0391385)
Hao Nguyen (#0391385)
Brett Bacon (#0400776)