UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-cv-03301-ECT-ECW

John Choi, *et al.*,

Plaintiffs,

v.

U.S Department of Homeland Security, *et al.,*

Defendants.

**[PROPOSED] ORDER**

Before the Court is the parties' Joint Motion to Extend Deadlines. Good cause supports the motion, and it is ORDERED:

1. The parties' Joint Motion is GRANTED.
2. Defendants' deadline to reply to Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss is extended up to and including November 24, 2026.
3. Defendants' deadline to respond to Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Summary Judgment is extended up to and including December 1, 2026.
4. Plaintiffs' deadline to reply to Defendants' Response is extended up to and including December 22, 2026.

Dated:

__________________________
Elizabeth Cowan Wright
United States Magistrate Judge